D. STANLEY MATTHEWS ET AL. *v.* FREDERICK POHLMYER

[No. 64, October Term, 1934.]

*Decided January 16, 1935.*

The cause was argued before BOND, C.J., URNER, OF-FUTT, PARKE, and SLOAN, JJ.

*Samuel J. Aaron,* with whom were *Howard L. Aaron* and *Jack M. Fox* on the brief, for the appellants.

*Charles F. Obrecht* and *Lester H. Crowther,* with whom were *Obrecht & Baumann* on the brief, for the appellee.

BOND, C.J., delivered the opinion of the Court.